UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-61733-BLOOM/Reid

CLIFFORD CHARLES FLETCHER,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.
_____/

# ORDER ADOPTING MAGISTRATE JUDGE'S
# REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendations of the Honorable Lisette M. Reid. ECF No. [47] ("Report"). On October 31, 2019, Judge Reid issued the Report recommending that the Amended Petition for Habeas Corpus Relief, ECF No. [33] ("Petition"), be denied on the merits, that the requested evidentiary hearing be denied, and that a certificate of appealability be denied and the case be closed. ECF No. [47] at 33. The Report further advised that any objections to the Report's findings were due within fourteen days of receipt of the Report. *Id.*[1] To date, Petitioner has not filed any objections, nor has he sought any further additional time within which to do so.

This Court has conducted a *de novo* review of Judge Reid's Report and the record, and is otherwise fully advised in the premises. *Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Reid's Report to be well reasoned and correct. The Court therefore agrees with the analysis in the Report and concludes

---

[1] On November 18, 2019, Petitioner requested an extension of time within which to file his objections. ECF No. [48]. On the same day, this Court issued an Order permitting Petitioner to file his objections to Judge Reid's Report by November 22, 2019. ECF No. [49].

that this case should be dismissed for the reasons set forth therein. The Court further concludes that an evidentiary hearing is not necessary to resolve Petitioner's constitutional claims.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judge Reid's Report and Recommendation, **ECF No. [47]**, is **ADOPTED**.

2. The Amended Petition for Habeas Corpus Relief, **ECF No. [33]**, is **DENIED**. No Certificate of Appealability shall be issued.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED** as moot, and all deadlines are **TERMINATED**.

4. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 4, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

The Honorable Lisette Reid

Counsel of Record

Clifford Charles Fletcher
684215
Charlotte Correctional Institution
Inmate Mail/Parcels
33123 Oil Well Road
Punta Gorda, FL 33955