**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 17-cv-61733-BLOOM/Reid**

CLIFFORD CHARLES FLETCHER,

        Petitioner,

v.

STATE OF FLORIDA,

        Respondent.

                                       /

## ORDER

**THIS CAUSE** is before the Court upon Petitioner Clifford Fletcher's ("Petitioner")
Motion to Alter or Amend the Judgment, ECF No. [52] ("Motion"). In the Motion, Petitioner
takes issue with Magistrate Judge Reid's reasoning in her Report and Recommendation, ECF
No. [47], which this Court adopted in full on December 4, 2019, ECF No. [50]. The Court has
reviewed the Motion, the record in this case, and the applicable law, and is otherwise fully
advised. For the reasons set forth below, the Motion is denied.

"Rule 59(e) of the Federal Rules of Civil Procedure authorizes a party to file a motion to
alter or amend a judgment within 28 days after the entry of the judgment. Rule 59 applies in §
2254 habeas corpus cases because those cases are civil in nature." *Bland v. Alabama*, No. 2:15-
CV-0029-MHH-JEO, 2016 WL 10930989, at \*1 (N.D. Ala. Oct. 6, 2016) (citing *Browder v.
Director, DOC of Ill.*, 434 U.S. 257, 269-70 (1978); Rule 12, Rules Governing § 2254 Habeas
Cases). However, the United States Supreme Court and the Court of Appeals for the Eleventh
Circuit have made it clear that Rule 59(e) "may not be used to relitigate old matters, or to raise
arguments or present evidence that could have been raised prior to the entry of judgment." *Exxon*

*Shipping Co. v. Baker*, 554 U.S. 471, 485 n.5 (2008); *see also Stansell v. Revolutionary Armed Forces of Columbia*, 771 F.3d 713, 746 (11th Cir. 2014); *In re Kellogg*, 197 F.3d 1116, 1119 (11th Cir. 1999) (recognizing that Rule 59(e) motions may only be granted based on "newly-discovered evidence or manifest errors of law or fact."); *Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir. 2007) ("A Rule 59(e) motion cannot be used to relitigate old matters, raise argument or present evidence that could have been raised prior to the entry of judgment."). "A motion for relief under Rule 59(e) is a matter committed to the discretion of the district court." *Bland*, 2016 WL 10930989, at *1 (citing *Stansell*, 771 F.3d at 746).

Here, although Petitioner attempts to cast his arguments as pointing out manifest errors of law and fact, his Motion does little more than reassert the same previously unsuccessful arguments. *See Jeffus v. Sec'y, Fla. Dep't of Corr.*, 759 F. App'x 773, 777 (11th Cir. 2018). Specifically, Petitioner reasserts the following arguments: (1) on claims 1 and 5, Petitioner argues that his counsel was ineffective for failing to object to or move to suppress the DNA evidence taken from him, *compare* ECF No. [41] at 6, 13; ECF No. [42] at 5, 9; ECF No. [46] at 2-3, 6-7, *with* ECF No. [52] at 3-5; (2) on claim 2, Petitioner argues that counsel was ineffective for failing to object to the factual basis for Petitioner's plea, *compare* ECF No. [41] at 8; ECF No. [42] at 6, *with* ECF No. [52] at 6; (3) on claim 3, Petitioner argues that counsel was ineffective for waiving Petitioner's speedy trial rights, *compare* ECF No. [41] at 9; ECF No. [42] at 7; ECF No. [46] at 3-4, *with* ECF No. [52] at 7; and (4) on claim 4, Petitioner argues that counsel was ineffective for failing to present the testimony of an exculpatory witness, *compare* ECF No. [41] at 11; ECF No. [42] at 8; ECF No. [46] at 4-6, *with* ECF No. [52] at 8. Such arguments are Petitioner's improper attempts to relitigate old matters. *See Baker*, 554 U.S. at 485

n.5; *Stansell*, 771 F.3d at 746; *In re Kellogg*, 197 F.3d at 1119; *Arthur*, 500 F.3d at 1343. Thus,

the Court concludes that the relief requested must be denied.

Accordingly, it is **ORDERED AND ADJUDGED** that Petitioner's Motion, **ECF No.**

**[52]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 15, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

The Honorable Lisette Reid

Counsel of Record

Clifford Charles Fletcher
684215
Charlotte Correctional Institution
Inmate Mail/Parcels
33123 Oil Well Road
Punta Gorda, FL 33955